UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARION SMITH #149060,

    Plaintiff,                                        Hon. Janet T. Neff

v.                                                       Case No. 1:18-CV-571

SCOTT WRIGGELSWORTH, et al.,

    Defendants.

_____/

### REPORT AND RECOMMENDATION

This matter is before the Court on <u>Defendants' Motion for Summary Judgment</u>. (ECF No. 16). Pursuant to 28 U.S.C. § 636(b)(1)(B), the undersigned recommends that Defendants' motion be **granted** and this action **terminated**.

Plaintiffs Arion Smith and Tylor Wright initiated this action on May 21, 2018, against Ingham County and the Ingham County Sheriff challenging the conditions at the Ingham County Jail. (ECF No. 1). Plaintiff Wright's claims were subsequently dismissed because Wright failed to timely pay the filing fee or move to proceed as a pauper. (ECF No. 7). On November 8, 2018, Defendants moved for summary judgment. (ECF No. 16). Plaintiff was required to respond to Defendants' motion "within twenty-eight (28) days after service of the motion." W.D. Mich. LCivR 7.2(c). Defendants' motion was served on Plaintiff on November 8, 2018. (ECF No. 18 at PageID.92-93). Plaintiff has failed to respond to Defendants' motion.

While Plaintiff is representing himself, pro se litigants are "still required to follow the rules of civil procedure and easily-understood Court deadlines." *Ciavone v. McKee*, 2009 WL 2959737 at *6 (W.D. Mich., Sept. 10, 2009). Failure by a plaintiff to respond to a motion for

summary judgment constitutes a forfeiture of the claims to which the motion is addressed. *See Notredan, L.L.C. v. Old Republic Exchange Facilitator Co.*, 531 Fed. Appx. 567, 569 (6th Cir., July 29, 2013) (failure to respond to an argument that a claim is subject to dismissal "amounts to a forfeiture of [such] claim"). Likewise, opposition to a motion for summary judgment is waived, and dismissal appropriate, where the plaintiff fails to respond thereto. *See Humphrey v. United States Attorney General's Office*, 279 Fed. Appx. 328, 331 (6th Cir., May 15, 2008) ("if a plaintiff fails to respond or otherwise oppose a defendant's motion, then the district court may deem the plaintiff to have waived opposition to the motion"); *Allen v. NCL America LLC*, - - - Fed. Appx. - - -, 2018 WL 3359206 at *3 (6th Cir., July 10, 2018) (by failing to respond to motion to dismiss, plaintiff waived opposition thereto); *Moody v. CitiMortgage, Inc.*, 32 F.Supp.3d 869, 875 (W.D. Mich. 2014) ("[a] plaintiff must oppose a defendant's motion to dismiss or otherwise respond or he waives opposition to the motion"); *Thorn v. Medtronic Sofamor Danek, USA, Inc.*, 81 F.Supp.3d 619, 631 (W.D. Mich. 2015) (same).

## CONCLUSION

For the reasons articulated herein, the undersigned recommends that <u>Defendants' Motion for Summary Judgment</u>, (ECF No. 16), be **granted** and this action **terminated**.

OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court within fourteen (14) days of the date of service of this notice. 28 U.S.C. § 636(b)(1)(C). Failure to file objections within the specified time waives the right to appeal the District Court's order. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir.1981).

Respectfully submitted,

Dated: December 20, 2018              /s/ Ellen S. Carmody
                                       ELLEN S. CARMODY
                                       United States Magistrate Judge